UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DAVID MACEY and
EDWIN PAGAN III,

              *Defendants*.

No. 24 Cr. 641 (JHR)

---

### NOTICE OF DEFENDANT DAVID MACEY'S MOTION TO DISMISS THE INDICTMENT AND MOTION FOR SEVERANCE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant David Macey, by the undersigned counsel, hereby moves before the Honorable Jennifer H. Rearden of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, at a date and time to be determined by the Court, for an order dismissing Counts One through Four of the indictment or, in the alternative, severing Mr. Pagan from this trial so that he may be tried separately.

Mr. Macey respectfully requests oral argument in connection with his motion to dismiss the indictment and motion for severance.

Dated: August 8, 2025
      New York, New York

Respectfully submitted,

_____
David Patton
Sean Hecker
Shawn G. Crowley
Thea Raymond-Sidel
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Tel: (212) 763-0883

Fax: (212) 564-0883
dpatton@heckerfink.com
shecker@heckerfink.com
scrowley@heckerfink.com
traymond-sidel@heckerfink.com

*Counsel for Defendant David Macey*
