UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID MACEY and<br>EDWIN PAGAN III,<br>                     *Defendants*. | No. 24 Cr. 641 (JHR) |

**DECLARATION OF DAVID PATTON IN SUPPORT OF
DEFENDANT DAVID MACEY'S MOTION TO DISMISS THE INDICTMENT AND
MOTION FOR SEVERANCE**

I, David Patton, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in the law firm of Hecker Fink LLP and counsel for Defendant David Macey in the above-captioned action.

2. I respectfully submit this declaration in support of Mr. Macey's motion to dismiss the indictment and motion for severance.

3. In accordance with Local Criminal Rule 16.1, I certify that I have conferred with counsel for the Government in an effort in good faith to resolve by agreement the issues raised in our motion for leave to move for a bill of particulars. The parties have thus far been unable to resolve these issues by agreement.

4. Attached hereto as **Exhibit A** is a true and correct copy of the November 6, 2023, trial transcript in *United States v. Costanzo*, No. 22 Cr. 281 (S.D.N.Y.).

5. Attached hereto as **Exhibit B** is a true and correct copy of Government Exhibit 113A in *United States v. Costanzo*, No. 22 Cr. 281 (S.D.N.Y.), which was produced by the

2

Government as part of discovery in this action beginning at Bates number SDNY_0107700.

      6.      Attached hereto as **Exhibit C** is a true and correct copy of the second part of the October 26, 2023, trial transcript in *United States v. Costanzo*, No. 22 Cr. 281 (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York  
       August 8, 2025

_____  
David Patton

2